UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Associated Energy Group, LLC, a Texas
limited liability company,

        CASE NO.

    Plaintiff,

vs.

Sawyer Aviation, LLC, an Arizona limited
liability company,

    Defendant.
_____/

## COMPLAINT

Plaintiff, ASSOCIATED ENERGY GROUP, LLC ("AEG"), by and through undersigned counsel, sues Defendant, SAWYER AVIATION, LLC ("Defendant"), and alleges as follows:

## NATURE OF THE ACTION

1. This is a civil suit brought by AEG against Defendant to recover damages in excess of US$166,250.23 due and owing to AEG by Defendant and arising from the Defendants' breach of their agreement with AEG for the sale and delivery of aviation fuel and services by AEG to Defendant, (hereinafter "Agreement"). The Agreement is confirmed by the respective AEG invoices ("Invoices"), attached hereto as **Exhibit 1**, which were provided to Defendant for payment, and by AEG's General Terms and Conditions, attached hereto as **Exhibit 2**, which are expressly incorporated in the Agreement by the Invoices. Defendant has materially and repeatedly defaulted on its payment obligations to compensate AEG for the fuel and services provided and invoiced by AEG between January 27, 2023 and March 24, 2023. The total amount due and owing for fuel and services sold and delivered currently exceeds US$166,250.23. Defendant placed the

orders for refueling of its aircraft with AEG in many states in United States including Florida, and the fuel and services were provided as requested by AEG to Defendant in multiple locations including Florida. In turn, Defendant has failed and refused to pay for the fuel and services, in breach of the Agreement. Based on the Defendant's repeated failures to comply with its obligations, AEG seeks this Court's intervention and relief to fully compensate AEG for the losses and damages it has sustained.

## THE PARTIES, JURISDICTION, AND VENUE

2. Plaintiff, Associated Energy Group, LLC, is a limited liability company that has been at all times pertinent hereto organized and existing under the laws of the State of Texas, and registered to do business in the State of Florida with its principal place of business in Miami-Dade County, Florida.

3. Defendant is a limited liability company incorporated under the laws of Arizona, with its principal place of business at 14600 N Airport Dr., 2nd floor, Scottsdale, Arizona.

4. This Court has jurisdiction over this matter because the parties have agreed, under the Agreement, to the jurisdiction of the Florida Courts over any and all disputes arising out of or under the Agreement.

5. Venue is proper because a substantial and material part of performance under the Agreement is due to AEG in Miami-Dade County and pursuant to the venue provision in the AEG Terms and Conditions, which indicated Miami-Dade, Florida as the venue.

6. AEG has suffered damages as a direct result of the acts and omissions by Defendant asserted in this Complaint in excess of US$166,250.23.

## FACTUAL BACKGROUND

7. AEG is an aviation fuel and services provider which delivers fuel and service to a variety of corporate, commercial, Fixed Based Operator ("FBO"), and government clients at 3000+ locations around the world.

8. AEG, headquartered in Miami, USA, supports the Defendant's aviation activities statewide.

9. Between January 27, 2023 and March 24, 2023, AEG sold and delivered fuel to several of Defendant's aircraft, which was received and accepted by Defendant.

10. After the fuel and services at issue here were provided to and received by Defendant, AEG invoiced Defendant for all sums due and owing for the furnished fuel and services, as detailed by the Invoices.

11. The Invoices evidence each of the transactions related to the refueling of Defendant's aircraft, from January 27, 2023, until March 24, 2023, at multiple locations, including Florida.

12. The AEG General Terms and Conditions are binding and applicable to all purchases between AEG, including AEG'S subsidiaries, and its customers.

13. Despite repeated demands by AEG to Defendant, including a demand letter dated April 13, 2023, Defendant has refused to meet its payment obligations.

14. At present, the balance of US$166,250.23 is due and owing by the Defendant to AEG, plus interest, costs, late fees and attorney's fees.

15. Because of Defendant's failure to pay AEG, AEG has suffered both general and special damages.

16. All conditions precedent to the maintenance of this civil action have occurred, been performed, or have been waived.

17. AEG has retained the undersigned attorneys to represent AEG in the prosecution of this action and is obligated to pay its attorneys their reasonable fees and expenses.

## COUNT I –BREACH OF AGREEMENT

18. AEG incorporates and re-alleges paragraphs 1-17 as if fully set forth herein.

19. AEG and Defendant entered into the Agreement whereby AEG agreed to sell and deliver fuel to Defendant's aircraft.

20. All sales and delivery of jet fuel between AEG and Defendant in this case are governed by the AEG biding General Terms and Conditions.

21. Pursuant to the Agreement governed by AEG General Terms and Conditions, invoices are payable on or before the due date specified in the invoice, and "any claims arising from any invoice must be delivered to AEG within ten (10) days of the invoice date, [and] in the event the customer fails to dispute the invoice within the ten (10) days, the invoice shall be deemed correct and payable."

22. By the delivery of fuel to Defendant's Aircraft and the payable Invoices billed to Defendant, Defendant is legally bound to make timely and full payment pursuant to the AEG's General Terms and Conditions.

23. Defendant materially breached its obligations to make timely payments.

24. AEG fully complied with all of its obligations under the Agreement.

25. As a result of these breaches, AEG has suffered damages in the amount of US$166,250.23 for sums due and owing under the Agreement, additional home office overhead and demobilization expense, travel and lodging in connection with the extension and the attempts to obtain payment, extraordinary audit costs, court costs and attorney's fees.

DUANE MORRIS LLP
201 South Biscayne Boulevard · Suite 3400 · Miami · Florida 33131 ·Tel: 305.960.2200

**WHEREFORE**, Plaintiff, ASSOCIATED ENERGY GROUP, LLC, demands judgment against Defendant, SAWYER AVIATION, LLC for damages in the amount of US$166,250.23 for Defendant's breach of Agreement, plus prejudgment interest, attorney's fees, costs, and all such other relief this Court deems just, fair, and equitable.

### COUNT II – GOODS SOLD AND DELIVERED

26. AEG incorporates and re-alleges paragraphs 1-17 as if fully set forth herein.

27. Defendant owes AEG amounts in excess of US$166,250.23, plus interest and late fees, which was due ten (10) days of the date of each Invoice, for aviation fuel and services which AEG delivered to Defendant.

28. The price for the fuel delivered by AEG to Defendant was agreed between the parties and the goods at issue were sold at a reasonable value. Defendant benefited from the fuel sold and delivered by AEG and, accordingly, owe AEG the total amount of US$166,250.23, as set forth in the Invoices, which is past due, plus interest.

**WHEREFORE**, Plaintiff, ASSOCIATED ENERGY GROUP, LLC, demands judgment against Defendant, SAWYER AVIATION, LLC, for damages in the amount of US$166,250.23, plus prejudgment interest, attorney's fees, costs, and all such other relief this Court deems just, fair, and equitable.

### COUNT III – ACCOUNT STATED

29. AEG incorporates and re-alleges paragraphs 1-17 as if fully set forth herein.

30. Prior to the institution of this action, AEG and Defendant entered into the Agreement governed by the AEG General Terms and Conditions, pursuant to which each party agreed on the reasonable amount to be paid for the fuel and fuel services provided.

31. AEG promptly rendered each of the Invoices as fuel was provided and Defendant has never objected to any of the Invoices or any of the amounts set forth in any Invoice. *See* **Exhibit 1.**

32. Defendant benefited from the fuel sold and delivered by AEG and, accordingly, owe AEG the total amount of US$166,250.23 as set forth in the Invoices, which is past due, plus interest.

**WHEREFORE**, Plaintiff, ASSOCIATED ENERGY GROUP, LLC, demands judgment against Defendant, SAWYER AVIATION, LLC, for damages in the amount of US$166,250.23, plus prejudgment interest, attorney's fees, costs, and all such other relief this Court deems just, fair, and equitable.

## COUNT IV – UNJUST ENRICHMENT
(in the alternative)

33. AEG incorporates and re-alleges paragraphs 1-17 as if fully set forth herein.

34. AEG furnished fuel and services to various aircrafts owned by Defendant.

35. Defendant knew of, accepted and retained the benefit of the fuel and services furnished by AEG without providing compensation for the fuel and services.

36. Specifically, Defendant benefited from the Fuel provided by AEG because the related aircraft cannot operate without fuel.

37. Defendant has failed and refused to pay AEG for the fuel provided, despite repeated demands.

38. Defendant wrongfully received over US$166,250.23 in value of fuel and services provided to the Defendant's aircraft without providing compensation to AEG for said fuel and services. Defendant would be unjustly enriched should they be allowed to withhold payment to AEG.

39. It would be inequitable for Defendant to retain the benefit conferred—the fuel and fuel services provided—without paying the value thereof.

40. AEG has no adequate remedy at law.

41. As a result of the foregoing, AEG has suffered damages.

**WHEREFORE**, Plaintiff, ASSOCIATED ENERGY GROUP, LLC, demands judgment against Defendant, SAWYER AVIATION, LLC, for damages in the amount of US$166,250.23, plus prejudgment interest, attorney's fees, costs, and all such other relief this Court deems just, fair, and equitable.

### COUNT V – QUANTUM MERUIT
(in the alternative)

42. AEG incorporates and re-alleges paragraphs 1-17 as if fully set forth herein.

43. AEG conferred benefits upon Defendant by supplying fuel to the aircraft owned by Defendant.

44. Defendant had knowledge of these benefits and accepted them.

45. Defendant has failed and refuse to pay AEG for the fuel, despite repeated demands.

46. The reasonable value of the fuel provided, for which AEG has not been paid, is US$166,250.23.

47. As a direct and proximate result of Defendant's failure to pay for the fuel received, AEG has suffered damages.

**WHEREFORE**, Plaintiff, ASSOCIATED ENERGY GROUP, LLC, demands judgment against Defendant, SAWYER AVIATION, LLC, for damages in the amount of US$166,250.23, plus prejudgment interest, attorney's fees, costs, and all such other relief this Court deems just, fair, and equitable.

| | |
|---|---|
| Dated this 12th day of May of 2023. | Respectfully submitted,<br><br>**DUANE MORRIS LLP**<br><br>*/s/ Harold E. Patricoff*<br>Harold E. Patricoff<br>Florida Bar No. 508357<br>Priscila Bandeira<br>Florida Bar No. 1015229<br>201 S. Biscayne Blvd., Suite 3400<br>Miami, FL 33131<br>Tel:   305.960.2200<br>Fax:   305.960.2201<br>HEPatricoff@duanemorris.com<br>PBandeira@duanemorris.com<br>*Counsel for Plaintiff* |