**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Associated Energy Group, LLC, a Texas
limited liability company,

CASE NO. 1:23-cv-21801-RAR

Plaintiff,

vs.

Sawyer Aviation, LLC, an Arizona limited
liability company,

Defendant.
_____/

## PREJUDGMENT WRIT OF GARNISHMENT

**TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA, DULY CONSTITUTED PUBLIC OFFICER QUALIFIED TO SERVE PROCESS, AND/OR RECEIVER (PLAINTIFF/JUDGMENT CREDITOR):**

YOU ARE COMMANDED to summon the Garnishee, Comerica Bank ("Comerica" or "Garnishee"), located at 100 N.E. Third Avenue, Suite 100, Fort Lauderdale, Florida 33301, or at any other address wherein Garnishee is found, to serve an answer to this Writ of Garnishment on Harold E. Patricoff, Esq., counsel for Plaintiff, whose address is Duane Morris LLP, 201 S. Biscayne Boulevard, Suite 3400, Miami, Florida 33131, within twenty (20) days after service on the Garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendant, Sawyer Aviation, LLC ("Sawyer" or "Defendant)", for all accounts, including, but not limited to account number XXXXXX1537, at the time of the answer or was indebted at the time of service of the Writ of Garnishment, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendant the Garnishee is

in possession or control of at the time of the answer or had at the time of service of this Writ of Garnishment, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendant or who may be in possession or control of any of the property of the Defendant. The amounts set in Plaintiff's Verified *Ex Parte* Motion for Issuance of Prejudgment Writ of Garnishment is the sum of **US$166,250.23** against Defendant.

**DEFENDANT HAS A RIGHT TO AN IMMEDIATE HEARING FOR DISSOLUTION OF THIS WRIT PURSUANT TO SECTIONS 77.031(2) AND 77.07, FLORIDA STATUTES.**

Dated    June 6, 2023.

s/ K. Pierre
_____
CLERK OF COURT

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____
Deputy Clerk
Date 6/6/2023